## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                              CHAPTER 13

THOMAS A. SCHELLE                                   CASE NO. 13-83587

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Wells Fargo Bank NA                    Court claim #:  4**

**Last four digits** of any number used to identify the debtor's account: 4286

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $14151.80 (Per Allowed Proof of Claim) |
| Amount Paid by Trustee | $14151.80 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐    Thru the Chapter 13 Plan | ☒    Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   12/11/18                          /s/Lydia S. Meyer_____
                                           Lydia S. Meyer, Trustee
                                           308 W. State St., Suite 212
                                           Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 11th Day of December, 2018

Dated:  12/11/18                          /s/Cynthia K. Burnard_____

WELLS FARGO BANK NA
% LOANCARE SERVICING CENTER
3637 SENTARA WAY
VIRGINIA BEACH, VA 23452

WELLS FARGO HOME MORTGAGE
BANKRUPTCY DEPARTMENT
3476 STATEVIEW BLVD.
FT. MILL, SC  29715

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

THOMAS A. SCHELLE
PO BOX 12
RINGWOOD, IL  60072

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603